(November 25, 1952.)

∎

In the Matter of RECORD GUILD OF AMERICA, INC., Respondent, against JOHN STEVENSON et al., Copartners Doing Business as CHILDREN'S RECORD GUILD, Appellants.

Appeal from an order of the Supreme Court at Special Term, entered November 8, 1951, in New York County, which referred to a Referee to hear and report the issue of whether appellants had knowledge of petitioner's name and existence in the record producing field, in a proceeding for an order pursuant to section 964 of the Penal Law to restrain appellants from using the name Children's Record Guild or any other name simulating petitioner's name.

*Per Curiam.* The order of reference appealed from should be reversed, with $20 costs and disbursements to appellants, and the application of petitioner-respondent dismissed on the ground that petitioner did not establish facts sufficient to justify the summary and drastic relief provided for under section 964 of the Penal Law (*Association of Contracting Plumbers of City of N. Y.* v. *Contracting Plumbers Assn. of Brooklyn & Queens,* 302 N. Y. 495, 498, 502; *In the Matter of Alexander's Dept. Stores* v. *Cohen,* 295 N. Y. 557, 558).

The dismissal is without prejudice to the institution of any action petitioner may see fit to bring. Settle order on notice.

Peck, P. J., Dore, Cohn and Callahan, JJ., concur.

Order unanimously reversed, with $20 costs and disbursements to the appellants, and the application of petitioner dismissed. The dismissal is without prejudice to the institution of any action petitioner may see fit to bring. Settle order on notice.

∎

In the Matter of the Accounting of JAMES M. WADE et al., as Substituted Trustees of a Trust Made by WILLIAM H. WOODIN. ANNE W. HARVEY et al., Appellants-Respondents; NORA A. M. WOODIN, Respondent-Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See 281 App. Div. 813.]

∎

In the Matter of 10–86 CORPORATION, Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, Respondent, and BURTON M. STRAUSS, Intervener, Respondent.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

∎

KELVIN ENGINEERING CO., INC., Plaintiff, v. TOMAS S. AGRAMONTE, Defendant. In the Matter of KELVIN ENGINEERING CO., INC., Appellant. JULIAN D. FISCHER, Attorney for the Defendant, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.